# EXHIBIT A

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS | | | |
|---|---|---|---|---|---|
| PETER BARBARA and JOHN DREW, | | HOUSTON DIVISION | | | |
| *versus* | | CIVIL ACTION NO. 4:22-CV-003340 | | | |
| MCGRIFF INSURANCE SERVICES, INC., | | **DEFENDANT'S EXHIBIT LIST** | | | |
| LIST OF: DEFENDANT<br>TYPE OF HEARING: TRIAL | | COUNSEL: GARY D. EISENSTAT AND JOHN M.<br>BARCUS (OGLETREE DEAKINS) | | | |
| JUDGE:<br>ANDREW S. HANEN | CLERK:<br>RHONDA HAWKINS | REPORTER: | | | |
| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
| 1. | McGriff's Offer letter to J. Drew, February 18, 2002<br>(Drew Depo. Ex. 1; Bailey Depo Ex. 1; DREW 000623-627) | | | | |
| 2. | McGriff's letter to J. Drew answering questions relative to the equity part of his deal, May 2, 2002<br>(Drew Depo. Ex. 2; DREW 000620-621) | | | | |
| 3. | McGriff's Offer letter confirmation to J. Drew, June 5, 2002<br>(Drew Depo. Ex. 3; DREW 000658-664) | | | | |
| 4. | I. Stern and T. Duffy letters discussing discharge language for employment agreement, June 25, 2002 and June 26, 2002<br>(Drew Depo. Ex. 4; DREW 000665-668) | | | | |
| 5. | I. Stern and T. Duffy letter discussing discharge language for employment agreement with handwritten revisions on June 25, 2002<br>(Drew Depo. Ex. 5; DREW 000676) | | | | |
| 6. | I. Stern and T. Duffy letters discussing discharge language for employment agreement with handwritten revisions on June 26, 2002<br>(Drew Depo. Ex. 6; DREW 000672) | | | | |
| 7. | I. Stern letter to P. Burleson sending the employment agreement, July 18, 2002<br>(Drew Depo. Ex. 8; DREW 000589) | | | | |
| 8. | I. Stern letter to P. Burleson to confirm joint defense agreement, July 18, 2002<br>(Drew Depo. Ex. 9; DREW 000590) | | | | |
| 9. | McGriff letter to J. Drew confirming offer of employment, August 2, 2002<br>(Drew Depo. Ex. 10; MCGRIFF 000259-268) | | | | |

| No. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 10. | J. Drew's Employment Agreement, signed, August 2, 2002 (Drew Depo. Ex. 11; Bailey Depo Ex. 2) | | | | |
| 11. | Producer Remuneration Plan, January 1, 2002 (Drew Depo. Ex. 12; DREW 000628-655) | | | | |
| 12. | Memorandum to T. Papadakis from J. Drew regarding Producer Transitioning, July 23, 2008 (Drew Depo. Ex. 13; MCGRIFF10117-10118) | | | | |
| 13. | Letter to Steve Levene confirming offer of employment, September 26, 2008 (Drew Depo. Ex. 14; MCGRIFF10082-10084) | | | | |
| 14. | Bruce Dunbar email regarding Retention Tools, March 12, 2010 (Drew Depo. Ex. 15; MCGRIFF10081) | | | | |
| 15. | T. Lambert email to J. Drew, et al., regarding Promissory Note of J. Drew, April 18, 2016 (Drew Depo. Ex. 16; Bailey Depo Ex. 4; MCGRIFF 001930-1934) | | | | |
| 16. | Summary of Accounts, December 31, 2008 (Drew Depo. Ex. 17; DREW 000080) | | | | |
| 17. | Email exchange with J. Drew regarding his payment of taxes on his stock compensation, January 7 through January 30, 2003 (Drew Depo. Ex. 18; DREW 000691) | | | | |
| 18. | J. Drew's Charge of Discrimination, September 9, 2021 (Drew Depo. Ex. 19; Bailey Depo Ex. 10) | | | | |
| 19. | Determination and Notice of Rights, May 18, 2022 (Drew Depo. Ex. 20; DREW 000003-6) | | | | |
| 20. | J. Drew's Answers and Objections to Defendant's Second Set of Interrogatories, September 5, 2023 (Drew Depo. Ex. 21) | | | | |
| 21. | McGriff's historical Book Threshold Forgivable Loans list (Drew Depo. Ex. 23; Bailey Depo Ex. 14; MCGRIFF 000322-332) | | | | |
| 22. | Letter from B. Dunbar to T. Ebner and others regarding producer retention, February 8, 2008 (Hodo Depo. Ex. 3; MCGRIFF 000001-000003) | | | | |

| 23. | McGriff (historical MSW) Book Threshold Forgivable Loans Issued (Hodo Depo. Ex. 6; MCGRIFF 000322-000332) | | | | |
|---|---|---|---|---|---|
| 24. | Producer Retention Loans (Hodo Depo. Ex. 7; MCGRIFF 10090-10092) | | | | |
| 25. | J. Drew's Employment Agreement, August 2, 2002 (Hodo Depo. Ex. 9; MCGRIFF 000004-000009) | | | | |
| 26. | Letter from B. Dunbar to J. Drew regarding traditional and retention compensation, April 24, 2008 (Hodo Depo. Ex. 10; DREW 000728-000730) | | | | |
| 27. | Memo from B. Dunbar to T. Ebner and others regarding retention tools, March 12, 2010 (Hodo Depo Ex. 11; MCGRIFF 10079) | | | | |
| 28. | Email from J. Drew to D. Hodo regarding not being treated fairly on the forgivable loan area and other topics, March 31, 2015 (Hodo Depo. Ex. 12; DREW 000727) | | | | |
| 29. | Email from T. Lambert to T. Ebner regarding J. Drew's compensation benefits, December 23, 2015 (Hodo Depo. Ex. 14; MCGRIFF 001962-001963) | | | | |
| 30. | Email from T. Lambert to J. Drew and others regarding J. Drew receiving a retention loan, April 18, 2016 (Hodo Depo. Ex. 15; MCGRIFF 001930-001934) | | | | |
| 31. | Memo to T. Ebner, et al from B. Dunbar regarding Producer Retention, February 8, 2008 (Bailey Depo. Ex. 3; MCGRIFF 000001-3) | | | | |
| 32. | J. Vanloock email to R. Ulmer regarding Promissory Notes – history on certain unique scenarios, March 4, 2021 (Bailey Depo. Ex. 5; MCGRIFF000247-249) | | | | |
| 33. | J. Drew's Supplemental Answers to McGriff's Second Set of Interrogatories (Dec. 5, 2023) | | | | |
| 34. | Truist Equal Employment Opportunity and Anti-Harassment Policy (MCGRIFF 1949-1961) | | | | |
| 35. | McGriff, Siebels & Williams, Inc. Proposed 2016 Loans to be made (MCGRIFF 10114-10115) | | | | |

| 36. | Retention Loans 2013-2018 (MCGRIFF 10093) | | | | |
|---|---|---|---|---|---|
| 37. | Producer Loan Program – Proposed 2014 Loans to be made Based on 2013 Production (MCGRIFF 10042) | | | | |
| 38. | Producer Loan Program – Proposed 2018 Loans to be made Based on 2017 Production (MCGRIFF 10043-10045) | | | | |
| 39. | Memo re 2004 Stock Option Grant (DREW 554-562) | | | | |
| 40. | Memo re 2004 Stock Incentive Plan (DREW 599-607) | | | | |
| 41. | Memo re Restricted Stock Unite Agreement (DREW 484-491) | | | | |
| 42. | Memo re 2009 Equity Award (DREW 572) | | | | |
| 43. | Memo re Amendments to 2006, 2007, and 2008 RSU Agreements and Stock Plan Amendments (DREW 532) | | | | |
| 44. | Restricted Stock Unit Agreement (Grant Date February 24, 2009) (DREW 512-520) | | | | |
| 45. | Memo re 2006 Equity Award (DRDW 472) | | | | |
| 46. | Memo re 2004 Stock Incentive Plan (DREW 492-498) | | | | |
| 47. | Enterprise Retention Schedule (MCGRIFF 1867-1924) | | | | |
| 48. | Drew Final Pay Statement for 2023 | | | | |
| 49. | Accounting Workpapers Reflecting Manual Adjustment to Drew's Sales Credits from 2005-present upon which his annual salary has been based. | | | | |

Respectfully submitted,

By: */s/ Gary D. Eisenstat*

Gary D. Eisenstat
Texas State Bar No. 06503200
gary.eisenstat@ogletree.com
John M. Barcus
Texas State Bar No. 24036815
john.barcus@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.**
Preston Commons West
8117 Preston Road, Suite 500
Dallas, Texas  75225
(214) 987-3800
(214) 987-3927 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, the foregoing document was filed using the Court's electronic filing system, which will send notification of such filing to all counsel of record.

*/s/ Gary D. Eisenstat*
Gary D. Eisenstat

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS | | | |
|---|---|---|---|---|---|
| PETER BARBARA and JOHN DREW, | | HOUSTON DIVISION | | | |
| *versus* | | CIVIL ACTION No. 4:22-CV-003340 | | | |
| MCGRIFF INSURANCE SERVICES, INC., | | **DEFENDANT'S EXHIBIT LIST** | | | |
| LIST OF: DEFENDANT<br>TYPE OF HEARING: TRIAL | | COUNSEL: GARY D. EISENSTAT AND JOHN M. BARCUS (OGLETREE DEAKINS) | | | |
| JUDGE:<br>ANDREW S. HANEN | CLERK:<br>RHONDA HAWKINS | REPORTER: | | | |
| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
| 1. | McGriff's Offer letter to J. Drew, February 18, 2002<br>(Drew Depo. Ex. 1; Bailey Depo Ex. 1; DREW 000623-627) | | | | |
| 2. | McGriff's letter to J. Drew answering questions relative to the equity part of his deal, May 2, 2002<br>(Drew Depo. Ex. 2; DREW 000620-621) | | | | |
| 3. | McGriff's Offer letter confirmation to J. Drew, June 5, 2002<br>(Drew Depo. Ex. 3; DREW 000658-664) | | | | |
| 4. | I. Stern and T. Duffy letters discussing discharge language for employment agreement, June 25, 2002 and June 26, 2002<br>(Drew Depo. Ex. 4; DREW 000665-668) | | | | |
| 5. | I. Stern and T. Duffy letter discussing discharge language for employment agreement with handwritten revisions on June 25, 2002<br>(Drew Depo. Ex. 5; DREW 000676) | | | | |
| 6. | I. Stern and T. Duffy letters discussing discharge language for employment agreement with handwritten revisions on June 26, 2002<br>(Drew Depo. Ex. 6; DREW 000672) | | | | |
| 7. | I. Stern letter to P. Burleson sending the employment agreement, July 18, 2002<br>(Drew Depo. Ex. 8; DREW 000589) | | | | |
| 8. | I. Stern letter to P. Burleson to confirm joint defense agreement, July 18, 2002<br>(Drew Depo. Ex. 9; DREW 000590) | | | | |
| 9. | McGriff letter to J. Drew confirming offer of employment, August 2, 2002<br>(Drew Depo. Ex. 10; MCGRIFF 000259-268) | | | | |

| No. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 10. | J. Drew's Employment Agreement, signed, August 2, 2002 (Drew Depo. Ex. 11; Bailey Depo Ex. 2) | | | | |
| 11. | Producer Remuneration Plan, January 1, 2002 (Drew Depo. Ex. 12; DREW 000628-655) | | | | |
| 12. | Memorandum to T. Papadakis from J. Drew regarding Producer Transitioning, July 23, 2008 (Drew Depo. Ex. 13; MCGRIFF10117-10118) | | | | |
| 13. | Letter to Steve Levene confirming offer of employment, September 26, 2008 (Drew Depo. Ex. 14; MCGRIFF10082-10084) | | | | |
| 14. | Bruce Dunbar email regarding Retention Tools, March 12, 2010 (Drew Depo. Ex. 15; MCGRIFF10081) | | | | |
| 15. | T. Lambert email to J. Drew, et al., regarding Promissory Note of J. Drew, April 18, 2016 (Drew Depo. Ex. 16; Bailey Depo Ex. 4; MCGRIFF 001930-1934) | | | | |
| 16. | Summary of Accounts, December 31, 2008 (Drew Depo. Ex. 17; DREW 000080) | | | | |
| 17. | Email exchange with J. Drew regarding his payment of taxes on his stock compensation, January 7 through January 30, 2003 (Drew Depo. Ex. 18; DREW 000691) | | | | |
| 18. | J. Drew's Charge of Discrimination, September 9, 2021 (Drew Depo. Ex. 19; Bailey Depo Ex. 10) | | | | |
| 19. | Determination and Notice of Rights, May 18, 2022 (Drew Depo. Ex. 20; DREW 000003-6) | | | | |
| 20. | J. Drew's Answers and Objections to Defendant's Second Set of Interrogatories, September 5, 2023 (Drew Depo. Ex. 21) | | | | |
| 21. | McGriff's historical Book Threshold Forgivable Loans list (Drew Depo. Ex. 23; Bailey Depo Ex. 14; MCGRIFF 000322-332) | | | | |
| 22. | Letter from B. Dunbar to T. Ebner and others regarding producer retention, February 8, 2008 (Hodo Depo. Ex. 3; MCGRIFF 000001-000003) | | | | |

| 23. | McGriff (historical MSW) Book Threshold Forgivable Loans Issued (Hodo Depo. Ex. 6; MCGRIFF 000322-000332) | | | | |
|-----|--------|--|--|--|--|
| 24. | Producer Retention Loans (Hodo Depo. Ex. 7; MCGRIFF 10090-10092) | | | | |
| 25. | J. Drew's Employment Agreement, August 2, 2002 (Hodo Depo. Ex. 9; MCGRIFF 000004-000009) | | | | |
| 26. | Letter from B. Dunbar to J. Drew regarding traditional and retention compensation, April 24, 2008 (Hodo Depo. Ex. 10; DREW 000728-000730) | | | | |
| 27. | Memo from B. Dunbar to T. Ebner regarding retention tools, March 12, 2010 (Hodo Depo Ex. 11; MCGRIFF 10079) | | | | |
| 28. | Email from J. Drew to D. Hodo regarding not being treated fairly on the forgivable loan area and other topics, March 31, 2015 (Hodo Depo. Ex. 12; DREW 000727) | | | | |
| 29. | Email from T. Lambert to T. Ebner regarding J. Drew's compensation benefits, December 23, 2015 (Hodo Depo. Ex. 14; MCGRIFF 001962-001963) | | | | |
| 30. | Email from T. Lambert to J. Drew and others regarding J. Drew receiving a retention loan, April 18, 2016 (Hodo Depo. Ex. 15; MCGRIFF 001930-001934) | | | | |
| 31. | Memo to T. Ebner, et al from B. Dunbar regarding Producer Retention, February 8, 2008 (Bailey Depo. Ex. 3; MCGRIFF 000001-3) | | | | |
| 32. | J. Vanloock email to R. Ulmer regarding Promissory Notes – history on certain unique scenarios, March 4, 2021 (Bailey Depo. Ex. 5; MCGRIFF000247-249) | | | | |
| 33. | J. Drew's Supplemental Answers to McGriff's Second Set of Interrogatories (Dec. 5, 2023) | | | | |
| 34. | Truist Equal Employment Opportunity and Anti-Harassment Policy (MCGRIFF 1949-1961) | | | | |
| 35. | McGriff, Siebels & Williams, Inc. Proposed 2016 Loans to be made (MCGRIFF 10114-10115) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 36. | Retention Loans 2013-2018 (MCGRIFF 10093) | | | | |
| 37. | Producer Loan Program – Proposed 2014 Loans to be made Based on 2013 Production (MCGRIFF 10042) | | | | |
| 38. | Producer Loan Program – Proposed 2018 Loans to be made Based on 2017 Production (MCGRIFF 10043-10045) | | | | |
| 39. | Memo re 2004 Stock Option Grant (DREW 554-562) | | | | |
| 40. | Memo re 2004 Stock Incentive Plan (DREW 599-607) | | | | |
| 41. | Memo re Restricted Stock Unite Agreement (DREW 484-491) | | | | |
| 42. | Memo re 2009 Equity Award (DREW 572) | | | | |
| 43. | Memo re Amendments to 2006, 2007, and 2008 RSU Agreements and Stock Plan Amendments (DREW 532) | | | | |
| 44. | Restricted Stock Unit Agreement (Grant Date February 24, 2009) (DREW 512-520) | | | | |
| 45. | Memo re 2006 Equity Award (DRDW 472) | | | | |
| 46. | Memo re 2004 Stock Incentive Plan (DREW 492-498) | | | | |
| 47. | Enterprise Retention Schedule (MCGRIFF 1867-1924) | | | | |
| 48. | Drew Final Pay Statement for 2023 | | | | |
| 49. | Accounting Workpapers Reflecting Manual Adjustment to Drew's Sales Credits from 2005-present upon which his annual salary has been based. | | | | |

Respectfully submitted,

By: */s/ Gary D. Eisenstat*
    Gary D. Eisenstat
    Texas State Bar No. 06503200
    gary.eisenstat@ogletree.com
    John M. Barcus
    Texas State Bar No. 24036815
    john.barcus@ogletree.com
    **OGLETREE, DEAKINS, NASH, SMOAK &
    STEWART, P.C.**
    Preston Commons West
    8117 Preston Road, Suite 500
    Dallas, Texas 75225
    (214) 987-3800
    (214) 987-3927 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, the foregoing document was filed using the Court's electronic filing system, which will send notification of such filing to all counsel of record.

    */s/ Gary D. Eisenstat*
    Gary D. Eisenstat

| UNITED STATES DISTRICT COURT | | | SOUTHERN DISTRICT OF TEXAS | | | | |
|---|---|---|---|---|---|---|---|
| PETER BARBARA and JOHN DREW, | | | HOUSTON DIVISION | | | | |
| *versus* | | | CIVIL ACTION No. 4:22-cv-003340 | | | | |
| MCGRIFF INSURANCE SERVICES, INC., | | | **DEFENDANT'S EXHIBIT LIST** | | | | |
| LIST OF: DEFENDANT<br>TYPE OF HEARING: TRIAL | | | COUNSEL: GARY D. EISENSTAT AND JOHN M.<br>BARCUS (OGLETREE DEAKINS) | | | | |
| JUDGE:<br>ANDREW S. HANEN | | CLERK:<br>RHONDA HAWKINS | REPORTER: | | | | |
| No. | DESCRIPTION | | | OFR | OBJ | ADM | DATE |
| 1. | McGriff's Offer letter to J. Drew, February 18, 2002<br>(Drew Depo. Ex. 1; Bailey Depo Ex. 1; DREW 000623-627) | | | | | | |
| 2. | McGriff's letter to J. Drew answering questions relative to the equity part of his deal, May 2, 2002<br>(Drew Depo. Ex. 2; DREW 000620-621) | | | | | | |
| 3. | McGriff's Offer letter confirmation to J. Drew, June 5, 2002<br>(Drew Depo. Ex. 3; DREW 000658-664) | | | | | | |
| 4. | I. Stern and T. Duffy letters discussing discharge language for employment agreement, June 25, 2002 and June 26, 2002<br>(Drew Depo. Ex. 4; DREW 000665-668) | | | | | | |
| 5. | I. Stern and T. Duffy letter discussing discharge language for employment agreement with handwritten revisions on June 25, 2002<br>(Drew Depo. Ex. 5; DREW 000676) | | | | | | |
| 6. | I. Stern and T. Duffy letters discussing discharge language for employment agreement with handwritten revisions on June 26, 2002<br>(Drew Depo. Ex. 6; DREW 000672) | | | | | | |
| 7. | I. Stern letter to P. Burleson sending the employment agreement, July 18, 2002<br>(Drew Depo. Ex. 8; DREW 000589) | | | | | | |
| 8. | I. Stern letter to P. Burleson to confirm joint defense agreement, July 18, 2002<br>(Drew Depo. Ex. 9; DREW 000590) | | | | | | |
| 9. | McGriff letter to J. Drew confirming offer of employment, August 2, 2002<br>(Drew Depo. Ex. 10; MCGRIFF 000259-268) | | | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 10. | J. Drew's Employment Agreement, signed, August 2, 2002 (Drew Depo. Ex. 11; Bailey Depo Ex. 2) | | | | |
| 11. | Producer Remuneration Plan, January 1, 2002 (Drew Depo. Ex. 12; DREW 000628-655) | | | | |
| 12. | Memorandum to T. Papadakis from J. Drew regarding Producer Transitioning, July 23, 2008 (Drew Depo. Ex. 13; MCGRIFF10117-10118) | | | | |
| 13. | Letter to Steve Levene confirming offer of employment, September 26, 2008 (Drew Depo. Ex. 14; MCGRIFF10082-10084) | | | | |
| 14. | Bruce Dunbar email regarding Retention Tools, March 12, 2010 (Drew Depo. Ex. 15; MCGRIFF10081) | | | | |
| 15. | T. Lambert email to J. Drew, et al., regarding Promissory Note of J. Drew, April 18, 2016 (Drew Depo. Ex. 16; Bailey Depo Ex. 4; MCGRIFF 001930-1934) | | | | |
| 16. | Summary of Accounts, December 31, 2008 (Drew Depo. Ex. 17; DREW 000080) | | | | |
| 17. | Email exchange with J. Drew regarding his payment of taxes on his stock compensation, January 7 through January 30, 2003 (Drew Depo. Ex. 18; DREW 000691) | | | | |
| 18. | J. Drew's Charge of Discrimination, September 9, 2021 (Drew Depo. Ex. 19; Bailey Depo Ex. 10) | | | | |
| 19. | Determination and Notice of Rights, May 18, 2022 (Drew Depo. Ex. 20; DREW 000003-6) | | | | |
| 20. | J. Drew's Answers and Objections to Defendant's Second Set of Interrogatories, September 5, 2023 (Drew Depo. Ex. 21) | | | | |
| 21. | McGriff's historical Book Threshold Forgivable Loans list (Drew Depo. Ex. 23; Bailey Depo Ex. 14; MCGRIFF 000322-332) | | | | |
| 22. | Letter from B. Dunbar to T. Ebner and others regarding producer retention, February 8, 2008 (Hodo Depo. Ex. 3; MCGRIFF 000001-000003) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 23. | McGriff (historical MSW) Book Threshold Forgivable Loans Issued (Hodo Depo. Ex. 6; MCGRIFF 000322-000332) | | | | |
| 24. | Producer Retention Loans (Hodo Depo. Ex. 7; MCGRIFF 10090-10092) | | | | |
| 25. | J. Drew's Employment Agreement, August 2, 2002 (Hodo Depo. Ex. 9; MCGRIFF 000004-000009) | | | | |
| 26. | Letter from B. Dunbar to J. Drew regarding traditional and retention compensation, April 24, 2008 (Hodo Depo. Ex. 10; DREW 000728-000730) | | | | |
| 27. | Memo from B. Dunbar to T. Ebner and others regarding retention tools, March 12, 2010 (Hodo Depo Ex. 11; MCGRIFF 10079) | | | | |
| 28. | Email from J. Drew to D. Hodo regarding not being treated fairly on the forgivable loan area and other topics, March 31, 2015 (Hodo Depo. Ex. 12; DREW 000727) | | | | |
| 29. | Email from T. Lambert to T. Ebner regarding J. Drew's compensation benefits, December 23, 2015 (Hodo Depo. Ex. 14; MCGRIFF 001962-001963) | | | | |
| 30. | Email from T. Lambert to J. Drew and others regarding J. Drew receiving a retention loan, April 18, 2016 (Hodo Depo. Ex. 15; MCGRIFF 001930-001934) | | | | |
| 31. | Memo to T. Ebner, et al from B. Dunbar regarding Producer Retention, February 8, 2008 (Bailey Depo. Ex. 3; MCGRIFF 000001-3) | | | | |
| 32. | J. Vanloock email to R. Ulmer regarding Promissory Notes – history on certain unique scenarios, March 4, 2021 (Bailey Depo. Ex. 5; MCGRIFF000247-249) | | | | |
| 33. | J. Drew's Supplemental Answers to McGriff's Second Set of Interrogatories (Dec. 5, 2023) | | | | |
| 34. | Truist Equal Employment Opportunity and Anti-Harassment Policy (MCGRIFF 1949-1961) | | | | |
| 35. | McGriff, Siebels & Williams, Inc. Proposed 2016 Loans to be made (MCGRIFF 10114-10115) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 36. | Retention Loans 2013-2018 (MCGRIFF 10093) | | | | |
| 37. | Producer Loan Program – Proposed 2014 Loans to be made Based on 2013 Production (MCGRIFF 10042) | | | | |
| 38. | Producer Loan Program – Proposed 2018 Loans to be made Based on 2017 Production (MCGRIFF 10043-10045) | | | | |
| 39. | Memo re 2004 Stock Option Grant (DREW 554-562) | | | | |
| 40. | Memo re 2004 Stock Incentive Plan (DREW 599-607) | | | | |
| 41. | Memo re Restricted Stock Unite Agreement (DREW 484-491) | | | | |
| 42. | Memo re 2009 Equity Award (DREW 572) | | | | |
| 43. | Memo re Amendments to 2006, 2007, and 2008 RSU Agreements and Stock Plan Amendments (DREW 532) | | | | |
| 44. | Restricted Stock Unit Agreement (Grant Date February 24, 2009) (DREW 512-520) | | | | |
| 45. | Memo re 2006 Equity Award (DRDW 472) | | | | |
| 46. | Memo re 2004 Stock Incentive Plan (DREW 492-498) | | | | |
| 47. | Enterprise Retention Schedule (MCGRIFF 1867-1924) | | | | |
| 48. | Drew Final Pay Statement for 2023 | | | | |
| 49. | Accounting Workpapers Reflecting Manual Adjustment to Drew's Sales Credits from 2005-present upon which his annual salary has been based. | | | | |

Respectfully submitted,

By: */s/ Gary D. Eisenstat*
    Gary D. Eisenstat
    Texas State Bar No. 06503200
    gary.eisenstat@ogletree.com
    John M. Barcus
    Texas State Bar No. 24036815
    john.barcus@ogletree.com
    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
    Preston Commons West
    8117 Preston Road, Suite 500
    Dallas, Texas  75225
    (214) 987-3800
    (214) 987-3927 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, the foregoing document was filed using the Court's electronic filing system, which will send notification of such filing to all counsel of record.

    */s/ Gary D. Eisenstat*
    Gary D. Eisenstat

| UNITED STATES DISTRICT COURT | | | SOUTHERN DISTRICT OF TEXAS | | | | |
|---|---|---|---|---|---|---|---|
| PETER BARBARA and JOHN DREW, | | | HOUSTON DIVISION | | | | |
| *versus* | | | CIVIL ACTION No. 4:22-CV-003340 | | | | |
| MCGRIFF INSURANCE SERVICES, INC., | | | **DEFENDANT'S EXHIBIT LIST** | | | | |
| LIST OF: DEFENDANT<br>TYPE OF HEARING: TRIAL | | | COUNSEL: GARY D. EISENSTAT AND JOHN M.<br>BARCUS (OGLETREE DEAKINS) | | | | |
| JUDGE:<br>ANDREW S. HANEN | CLERK:<br>RHONDA HAWKINS | | REPORTER: | | | | |
| NO. | DESCRIPTION | | OFR | OBJ | ADM | DATE | |
| 1. | McGriff's Offer letter to J. Drew, February 18, 2002<br>(Drew Depo. Ex. 1; Bailey Depo Ex. 1; DREW 000623-627) | | | | | | |
| 2. | McGriff's letter to J. Drew answering questions relative to the equity part of his deal, May 2, 2002<br>(Drew Depo. Ex. 2; DREW 000620-621) | | | | | | |
| 3. | McGriff's Offer letter confirmation to J. Drew, June 5, 2002<br>(Drew Depo. Ex. 3; DREW 000658-664) | | | | | | |
| 4. | I. Stern and T. Duffy letters discussing discharge language for employment agreement, June 25, 2002 and June 26, 2002<br>(Drew Depo. Ex. 4; DREW 000665-668) | | | | | | |
| 5. | I. Stern and T. Duffy letter discussing discharge language for employment agreement with handwritten revisions on June 25, 2002<br>(Drew Depo. Ex. 5; DREW 000676) | | | | | | |
| 6. | I. Stern and T. Duffy letters discussing discharge language for employment agreement with handwritten revisions on June 26, 2002<br>(Drew Depo. Ex. 6; DREW 000672) | | | | | | |
| 7. | I. Stern letter to P. Burleson sending the employment agreement, July 18, 2002<br>(Drew Depo. Ex. 8; DREW 000589) | | | | | | |
| 8. | I. Stern letter to P. Burleson to confirm joint defense agreement, July 18, 2002<br>(Drew Depo. Ex. 9; DREW 000590) | | | | | | |
| 9. | McGriff letter to J. Drew confirming offer of employment, August 2, 2002<br>(Drew Depo. Ex. 10; MCGRIFF 000259-268) | | | | | | |

| No. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 10. | J. Drew's Employment Agreement, signed, August 2, 2002 (Drew Depo. Ex. 11; Bailey Depo Ex. 2) | | | | |
| 11. | Producer Remuneration Plan, January 1, 2002 (Drew Depo. Ex. 12; DREW 000628-655) | | | | |
| 12. | Memorandum to T. Papadakis from J. Drew regarding Producer Transitioning, July 23, 2008 (Drew Depo. Ex. 13; MCGRIFF10117-10118) | | | | |
| 13. | Letter to Steve Levene confirming offer of employment, September 26, 2008 (Drew Depo. Ex. 14; MCGRIFF10082-10084) | | | | |
| 14. | Bruce Dunbar email regarding Retention Tools, March 12, 2010 (Drew Depo. Ex. 15; MCGRIFF10081) | | | | |
| 15. | T. Lambert email to J. Drew, et al., regarding Promissory Note of J. Drew, April 18, 2016 (Drew Depo. Ex. 16; Bailey Depo Ex. 4; MCGRIFF 001930-1934) | | | | |
| 16. | Summary of Accounts, December 31, 2008 (Drew Depo. Ex. 17; DREW 000080) | | | | |
| 17. | Email exchange with J. Drew regarding his payment of taxes on his stock compensation, January 7 through January 30, 2003 (Drew Depo. Ex. 18; DREW 000691) | | | | |
| 18. | J. Drew's Charge of Discrimination, September 9, 2021 (Drew Depo. Ex. 19; Bailey Depo Ex. 10) | | | | |
| 19. | Determination and Notice of Rights, May 18, 2022 (Drew Depo. Ex. 20; DREW 000003-6) | | | | |
| 20. | J. Drew's Answers and Objections to Defendant's Second Set of Interrogatories, September 5, 2023 (Drew Depo. Ex. 21) | | | | |
| 21. | McGriff's historical Book Threshold Forgivable Loans list (Drew Depo. Ex. 23; Bailey Depo Ex. 14; MCGRIFF 000322-332) | | | | |
| 22. | Letter from B. Dunbar to T. Ebner and others regarding producer retention, February 8, 2008 (Hodo Depo. Ex. 3; MCGRIFF 000001-000003) | | | | |

| 23. | McGriff (historical MSW) Book Threshold Forgivable Loans Issued (Hodo Depo. Ex. 6; MCGRIFF 000322-000332) | | | | |
|-----|-----|---|---|---|---|
| 24. | Producer Retention Loans (Hodo Depo. Ex. 7; MCGRIFF 10090-10092) | | | | |
| 25. | J. Drew's Employment Agreement, August 2, 2002 (Hodo Depo. Ex. 9; MCGRIFF 000004-000009) | | | | |
| 26. | Letter from B. Dunbar to J. Drew regarding traditional and retention compensation, April 24, 2008 (Hodo Depo. Ex. 10; DREW 000728-000730) | | | | |
| 27. | Memo from B. Dunbar to T. Ebner regarding retention tools, March 12, 2010 (Hodo Depo Ex. 11; MCGRIFF 10079) | | | | |
| 28. | Email from J. Drew to D. Hodo regarding not being treated fairly on the forgivable loan area and other topics, March 31, 2015 (Hodo Depo. Ex. 12; DREW 000727) | | | | |
| 29. | Email from T. Lambert to T. Ebner regarding J. Drew's compensation benefits, December 23, 2015 (Hodo Depo. Ex. 14; MCGRIFF 001962-001963) | | | | |
| 30. | Email from T. Lambert to J. Drew and others regarding J. Drew receiving a retention loan, April 18, 2016 (Hodo Depo. Ex. 15; MCGRIFF 001930-001934) | | | | |
| 31. | Memo to T. Ebner, et al from B. Dunbar regarding Producer Retention, February 8, 2008 (Bailey Depo. Ex. 3; MCGRIFF 000001-3) | | | | |
| 32. | J. Vanloock email to R. Ulmer regarding Promissory Notes – history on certain unique scenarios, March 4, 2021 (Bailey Depo. Ex. 5; MCGRIFF000247-249) | | | | |
| 33. | J. Drew's Supplemental Answers to McGriff's Second Set of Interrogatories (Dec. 5, 2023) | | | | |
| 34. | Truist Equal Employment Opportunity and Anti-Harassment Policy (MCGRIFF 1949-1961) | | | | |
| 35. | McGriff, Siebels & Williams, Inc. Proposed 2016 Loans to be made (MCGRIFF 10114-10115) | | | | |

| 36. | Retention Loans 2013-2018 (MCGRIFF 10093) | | | | |
|-----|---------------------------------------------|--|--|--|--|
| 37. | Producer Loan Program – Proposed 2014 Loans to be made Based on 2013 Production (MCGRIFF 10042) | | | | |
| 38. | Producer Loan Program – Proposed 2018 Loans to be made Based on 2017 Production (MCGRIFF 10043-10045) | | | | |
| 39. | Memo re 2004 Stock Option Grant (DREW 554-562) | | | | |
| 40. | Memo re 2004 Stock Incentive Plan (DREW 599-607) | | | | |
| 41. | Memo re Restricted Stock Unite Agreement (DREW 484-491) | | | | |
| 42. | Memo re 2009 Equity Award (DREW 572) | | | | |
| 43. | Memo re Amendments to 2006, 2007, and 2008 RSU Agreements and Stock Plan Amendments (DREW 532) | | | | |
| 44. | Restricted Stock Unit Agreement (Grant Date February 24, 2009) (DREW 512-520) | | | | |
| 45. | Memo re 2006 Equity Award (DRDW 472) | | | | |
| 46. | Memo re 2004 Stock Incentive Plan (DREW 492-498) | | | | |
| 47. | Enterprise Retention Schedule (MCGRIFF 1867-1924) | | | | |
| 48. | Drew Final Pay Statement for 2023 | | | | |
| 49. | Accounting Workpapers Reflecting Manual Adjustment to Drew's Sales Credits from 2005-present upon which his annual salary has been based. | | | | |

Respectfully submitted,

By: */s/ Gary D. Eisenstat*
   Gary D. Eisenstat
   Texas State Bar No. 06503200
   gary.eisenstat@ogletree.com
   John M. Barcus
   Texas State Bar No. 24036815
   john.barcus@ogletree.com
   **OGLETREE, DEAKINS, NASH, SMOAK &**
   **STEWART, P.C.**
   Preston Commons West
   8117 Preston Road, Suite 500
   Dallas, Texas  75225
   (214) 987-3800
   (214) 987-3927 (Facsimile)

   **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

     I hereby certify that on December 27, 2023, the foregoing document was filed using the Court's electronic filing system, which will send notification of such filing to all counsel of record.

        */s/ Gary D. Eisenstat*
        Gary D. Eisenstat