# EXHIBIT B

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| PETER BARBARA and JOHN DREW, | HOUSTON DIVISION |
| *versus* | CIVIL ACTION NO. 4:22-CV-003340 |
| MCGRIFF INSURANCE SERVICES, INC., | **DEFENDANT'S WITNESS LIST** |
| LIST OF: DEFENDANT<br>TYPE OF HEARING: TRIAL | COUNSEL: GARY D. EISENSTAT AND JOHN M. BARCUS (OGLETREE DEAKINS) |
| JUDGE: ANDREW S. HANEN    CLERK: RHONDA HAWKINS | REPORTER: |

| NO. | NAME OF WITNESS |
|---|---|
| 1. | John Drew<br><br>c/o opposing counsel<br><br>Anticipated to testify regarding his claims and allegations in the lawsuit. |
| 2. | Patrick Dessauer<br><br>Current McGriff employee; c/o undersigned counsel<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016) and his communications with Drew and with other McGriff employees regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. |
| 3. | Jennifer Vanloock<br><br>Current McGriff employee; c/o undersigned counsel<br><br>Anticipated to testify regarding McGriff's historical knowledge of the reason(s) Drew and certain other Producers were not selected to receive forgivable producer loans under the Program, and regarding Drew's compensation package with McGriff, including terms negotiated at the outset of employment as well as McGriff's practice, beginning in 2005, of giving Drew 100% credit (for salary purposes) of new business on accounts he originated, even where another Producer also serviced the account and received credit of their own. |
| 4. | Christina Bailey<br><br>Current McGriff employee; c/o undersigned counsel<br><br>Anticipated to testify regarding McGriff's historical knowledge of the reason(s) Drew and certain other Producers were not selected to receive forgivable producer loans under the Program, as well as regarding her role in preparing McGriff's responses to Drew's charge of discrimination and subsequent requests for information received by McGriff from the EEOC. |

| | | |
|---|---|---|
| 5. | Bruce Dunbar | |
| | 3025 Cherokee Road<br>Birmingham, AL 35223<br>(205) 969-0913 | |
| | Anticipated to testify regarding McGriff's implementation of the Program, including the criteria applied by McGriff in determining whether to issue discretionary forgivable loans to certain producers under the Program; and McGriff's reason(s) for electing not to issue discretionary forgivable loans to Drew and certain other producers. | |
| 6. | Doug Hodo | |
| | Current McGriff employee | |
| | Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016) and his communications with Drew and with other McGriff employees regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. | |
| 7. | Tom Lambert | |
| | 3255 Carl Morgan Road<br>Moody, AL 35004<br>(205) 837-9301 (Mobile) | |
| | Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016), and his communications with Drew and with other McGriff employees regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. | |
| 8. | John Marshall | |
| | Current McGriff employee | |
| | Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016), and his communications with Drew and with other McGriff employee's regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. | |

| | |
|---|---|
| 9. | Jay Aldis<br><br>Gray Reed & McGraw LLP<br>1300 Post Oak Blvd., Suite 2000<br>Houston, Texas 77056<br>(713) 986-7175<br><br>In the deposition of Doug Hodo, Mr. Aldis marked and introduced as an exhibit his notes of a call between himself and Mr. Hodo. To the extent Mr. Aldis intends to testify about that call, which may preclude him from appearing as counsel, McGriff will cross-examine him. |

Respectfully submitted,

By: */s/ Gary D. Eisenstat*
  Gary D. Eisenstat
  Texas State Bar No. 06503200
  gary.eisenstat@ogletree.com
  John M. Barcus
  Texas State Bar No. 24036815
  john.barcus@ogletree.com
  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
  Preston Commons West
  8117 Preston Road, Suite 500
  Dallas, Texas  75225
  (214) 987-3800
  (214) 987-3927 (Facsimile)

  **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, the foregoing document was filed using the Court's electronic filing system, which will send notification of such filing to all counsel of record.

  */s/ Gary D. Eisenstat*
  Gary D. Eisenstat

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| PETER BARBARA and JOHN DREW, | HOUSTON DIVISION |
| *versus* | CIVIL ACTION NO. 4:22-CV-003340 |
| MCGRIFF INSURANCE SERVICES, INC., | **DEFENDANT'S WITNESS LIST** |
| LIST OF: DEFENDANT<br>TYPE OF HEARING: TRIAL | COUNSEL: GARY D. EISENSTAT AND JOHN M. BARCUS (OGLETREE DEAKINS) |
| JUDGE: ANDREW S. HANEN    CLERK: RHONDA HAWKINS | REPORTER: |

| NO. | NAME OF WITNESS |
|---|---|
| 1. | John Drew<br><br>c/o opposing counsel<br><br>Anticipated to testify regarding his claims and allegations in the lawsuit. |
| 2. | Patrick Dessauer<br><br>Current McGriff employee; c/o undersigned counsel<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016) and his communications with Drew and with other McGriff employees regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. |
| 3. | Jennifer Vanloock<br><br>Current McGriff employee; c/o undersigned counsel<br><br>Anticipated to testify regarding McGriff's historical knowledge of the reason(s) Drew and certain other Producers were not selected to receive forgivable producer loans under the Program, and regarding Drew's compensation package with McGriff, including terms negotiated at the outset of employment as well as McGriff's practice, beginning in 2005, of giving Drew 100% credit (for salary purposes) of new business on accounts he originated, even where another Producer also serviced the account and received credit of their own. |
| 4. | Christina Bailey<br><br>Current McGriff employee; c/o undersigned counsel<br><br>Anticipated to testify regarding McGriff's historical knowledge of the reason(s) Drew and certain other Producers were not selected to receive forgivable producer loans under the Program, as well as regarding her role in preparing McGriff's responses to Drew's charge of discrimination and subsequent requests for information received by McGriff from the EEOC. |

| 5. | Bruce Dunbar<br><br>3025 Cherokee Road<br>Birmingham, AL 35223<br>(205) 969-0913<br><br>Anticipated to testify regarding McGriff's implementation of the Program, including the criteria applied by McGriff in determining whether to issue discretionary forgivable loans to certain producers under the Program; and McGriff's reason(s) for electing not to issue discretionary forgivable loans to Drew and certain other producers. |
|---|---|
| 6. | Doug Hodo<br><br>Current McGriff employee<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016) and his communications with Drew and with other McGriff employees regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. |
| 7. | Tom Lambert<br><br>3255 Carl Morgan Road<br>Moody, AL 35004<br>(205) 837-9301 (Mobile)<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016), and his communications with Drew and with other McGriff employees regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. |
| 8. | John Marshall<br><br>Current McGriff employee<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016), and his communications with Drew and with other McGriff employee's regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. |

| | |
|---|---|
| 9. | Jay Aldis<br><br>Gray Reed & McGraw LLP<br>1300 Post Oak Blvd., Suite 2000<br>Houston, Texas 77056<br>(713) 986-7175<br><br>In the deposition of Doug Hodo, Mr. Aldis marked and introduced as an exhibit his notes of a call between himself and Mr. Hodo. To the extent Mr. Aldis intends to testify about that call, which may preclude him from appearing as counsel, McGriff will cross-examine him. |

Respectfully submitted,

By: /s/ *Gary D. Eisenstat*
   Gary D. Eisenstat
   Texas State Bar No. 06503200
   gary.eisenstat@ogletree.com
   John M. Barcus
   Texas State Bar No. 24036815
   john.barcus@ogletree.com
   **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
   Preston Commons West
   8117 Preston Road, Suite 500
   Dallas, Texas 75225
   (214) 987-3800
   (214) 987-3927 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 27, 2023, the foregoing document was filed using the Court's electronic filing system, which will send notification of such filing to all counsel of record.

        /s/ *Gary D. Eisenstat*
        Gary D. Eisenstat

| United States District Court | Southern District of Texas |
|---|---|
| PETER BARBARA and JOHN DREW, | HOUSTON DIVISION |
| *versus* | CIVIL ACTION NO. 4:22-CV-003340 |
| MCGRIFF INSURANCE SERVICES, INC., | **DEFENDANT'S WITNESS LIST** |
| LIST OF: DEFENDANT<br>TYPE OF HEARING: TRIAL | COUNSEL: GARY D. EISENSTAT AND JOHN M. BARCUS (OGLETREE DEAKINS) |
| JUDGE:<br>ANDREW S. HANEN    CLERK:<br>RHONDA HAWKINS | REPORTER: |

| No. | Name of Witness |
|---|---|
| 1. | John Drew<br><br>c/o opposing counsel<br><br>Anticipated to testify regarding his claims and allegations in the lawsuit. |
| 2. | Patrick Dessauer<br><br>Current McGriff employee; c/o undersigned counsel<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016) and his communications with Drew and with other McGriff employees regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. |
| 3. | Jennifer Vanloock<br><br>Current McGriff employee; c/o undersigned counsel<br><br>Anticipated to testify regarding McGriff's historical knowledge of the reason(s) Drew and certain other Producers were not selected to receive forgivable producer loans under the Program, and regarding Drew's compensation package with McGriff, including terms negotiated at the outset of employment as well as McGriff's practice, beginning in 2005, of giving Drew 100% credit (for salary purposes) of new business on accounts he originated, even where another Producer also serviced the account and received credit of their own. |
| 4. | Christina Bailey<br><br>Current McGriff employee; c/o undersigned counsel<br><br>Anticipated to testify regarding McGriff's historical knowledge of the reason(s) Drew and certain other Producers were not selected to receive forgivable producer loans under the Program, as well as regarding her role in preparing McGriff's responses to Drew's charge of discrimination and subsequent requests for information received by McGriff from the EEOC. |

| | | |
|---|---|---|
| 5. | Bruce Dunbar<br><br>3025 Cherokee Road<br>Birmingham, AL 35223<br>(205) 969-0913<br><br>Anticipated to testify regarding McGriff's implementation of the Program, including the criteria applied by McGriff in determining whether to issue discretionary forgivable loans to certain producers under the Program; and McGriff's reason(s) for electing not to issue discretionary forgivable loans to Drew and certain other producers. | |
| 6. | Doug Hodo<br><br>Current McGriff employee<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016) and his communications with Drew and with other McGriff employees regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. | |
| 7. | Tom Lambert<br><br>3255 Carl Morgan Road<br>Moody, AL 35004<br>(205) 837-9301 (Mobile)<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016), and his communications with Drew and with other McGriff employees regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. | |
| 8. | John Marshall<br><br>Current McGriff employee<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016), and his communications with Drew and with other McGriff employee's regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. | |

| | |
|---|---|
| 9. | Jay Aldis<br><br>Gray Reed & McGraw LLP<br>1300 Post Oak Blvd., Suite 2000<br>Houston, Texas 77056<br>(713) 986-7175<br><br>In the deposition of Doug Hodo, Mr. Aldis marked and introduced as an exhibit his notes of a call between himself and Mr. Hodo. To the extent Mr. Aldis intends to testify about that call, which may preclude him from appearing as counsel, McGriff will cross-examine him. |

Respectfully submitted,

By: /s/ *Gary D. Eisenstat*
   Gary D. Eisenstat
   Texas State Bar No. 06503200
   gary.eisenstat@ogletree.com
   John M. Barcus
   Texas State Bar No. 24036815
   john.barcus@ogletree.com
   **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
   Preston Commons West
   8117 Preston Road, Suite 500
   Dallas, Texas 75225
   (214) 987-3800
   (214) 987-3927 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 27, 2023, the foregoing document was filed using the Court's electronic filing system, which will send notification of such filing to all counsel of record.

    */s/ Gary D. Eisenstat*
    Gary D. Eisenstat

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| PETER BARBARA and JOHN DREW, | HOUSTON DIVISION |
| *versus* | CIVIL ACTION NO. 4:22-CV-003340 |
| MCGRIFF INSURANCE SERVICES, INC., | **DEFENDANT'S WITNESS LIST** |
| LIST OF: DEFENDANT<br>TYPE OF HEARING: TRIAL | COUNSEL: GARY D. EISENSTAT AND JOHN M. BARCUS (OGLETREE DEAKINS) |
| JUDGE:<br>ANDREW S. HANEN | CLERK:<br>RHONDA HAWKINS | REPORTER: |

| NO. | NAME OF WITNESS |
|---|---|
| 1. | John Drew<br><br>c/o opposing counsel<br><br>Anticipated to testify regarding his claims and allegations in the lawsuit. |
| 2. | Patrick Dessauer<br><br>Current McGriff employee; c/o undersigned counsel<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016) and his communications with Drew and with other McGriff employees regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. |
| 3. | Jennifer Vanloock<br><br>Current McGriff employee; c/o undersigned counsel<br><br>Anticipated to testify regarding McGriff's historical knowledge of the reason(s) Drew and certain other Producers were not selected to receive forgivable producer loans under the Program, and regarding Drew's compensation package with McGriff, including terms negotiated at the outset of employment as well as McGriff's practice, beginning in 2005, of giving Drew 100% credit (for salary purposes) of new business on accounts he originated, even where another Producer also serviced the account and received credit of their own. |
| 4. | Christina Bailey<br><br>Current McGriff employee; c/o undersigned counsel<br><br>Anticipated to testify regarding McGriff's historical knowledge of the reason(s) Drew and certain other Producers were not selected to receive forgivable producer loans under the Program, as well as regarding her role in preparing McGriff's responses to Drew's charge of discrimination and subsequent requests for information received by McGriff from the EEOC. |

| | | |
|---|---|---|
| 5. | Bruce Dunbar<br><br>3025 Cherokee Road<br>Birmingham, AL 35223<br>(205) 969-0913<br><br>Anticipated to testify regarding McGriff's implementation of the Program, including the criteria applied by McGriff in determining whether to issue discretionary forgivable loans to certain producers under the Program; and McGriff's reason(s) for electing not to issue discretionary forgivable loans to Drew and certain other producers. | |
| 6. | Doug Hodo<br><br>Current McGriff employee<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016) and his communications with Drew and with other McGriff employees regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. | |
| 7. | Tom Lambert<br><br>3255 Carl Morgan Road<br>Moody, AL  35004<br>(205) 837-9301 (Mobile)<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016), and his communications with Drew and with other McGriff employees regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. | |
| 8. | John Marshall<br><br>Current McGriff employee<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew was not selected to receive a forgivable loan in 2008 or thereafter (with the exception of 2016), and his communications with Drew and with other McGriff employee's regarding the fact that McGriff did not select Drew to receive a forgivable loan under the Program. | |

| 9. | Jay Aldis |
|---|---|
| | Gray Reed & McGraw LLP<br>1300 Post Oak Blvd., Suite 2000<br>Houston, Texas 77056<br>(713) 986-7175<br><br>In the deposition of Doug Hodo, Mr. Aldis marked and introduced as an exhibit his notes of a call between himself and Mr. Hodo. To the extent Mr. Aldis intends to testify about that call, which may preclude him from appearing as counsel, McGriff will cross-examine him. |

Respectfully submitted,

By: */s/ Gary D. Eisenstat*
    Gary D. Eisenstat
    Texas State Bar No. 06503200
    gary.eisenstat@ogletree.com
    John M. Barcus
    Texas State Bar No. 24036815
    john.barcus@ogletree.com
    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
    Preston Commons West
    8117 Preston Road, Suite 500
    Dallas, Texas  75225
    (214) 987-3800
    (214) 987-3927 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, the foregoing document was filed using the Court's electronic filing system, which will send notification of such filing to all counsel of record.

*/s/ Gary D. Eisenstat*
Gary D. Eisenstat