# *EXHIBIT 1*

**[TO BE FILED SEPERATELY]**