*EXHIBIT 2*

| United States District Court | Southern District of Texas |
|---|---|
| PETER BARBARA and JOHN DREW, | Houston Division |
| *versus* | Civil Action No. 4:22-CV-003340 |
| MCGRIFF INSURANCE SERVICES, INC., | **PLAINTIFF'S WITNESS LIST** |
| List of: Plaintiff<br>Type of Hearing: Trial | Counsel: Jay Aldis (Gray Reed) |
| Judge: Andrew S. Hanen    Clerk: Rhonda Hawkins | Reporter: |

| No. | Name of Witness |
|---|---|
| 1. | John Drew<br><br>c/o Plaintiff's counsel<br><br>Anticipated to testify regarding his claims and allegations in this lawsuit. |
| 2. | Peter Barbara<br><br>c/o Plaintiff's counsel<br><br>Anticipated to testify regarding his knowledge of the Program, his work at McGriff, and explanations by McGriff of why he was excluded from the Program. |
| 3. | Tommy Ebner<br><br>(713) 449-1227<br><br>Anticipated to testify regarding Drew and Barbara's exclusion from the Program (including being told by Bruce Dunbar why he determined they would not be in the Program), and the efforts of Ebner and/or others to have Drew included in the Program and/or receive a loan from the Program. |
| 4. | Christina Bailey<br><br>Current McGriff employee; c/o Defense counsel<br><br>Anticipated to testify regarding McGriff's explanations for Drew and Barbara not being selected to participate in the Program, including in correspondence to the Equal Employment Opportunity Commission. |

| 5. | Bruce Dunbar<br><br>3025 Cherokee Road<br>Birmingham, AL 35223<br>(205) 969-0913<br><br>Anticipated to testify regarding McGriff's implementation of the Program, why Drew and Barbara were excluded from the Program, and his communications with McGriff personnel about the exclusion of Drew and Barbara. |
|---|---|
| 6. | Doug Hodo<br><br>Current McGriff employee; c/o Defense counsel<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew and/or Barbara were not selected for the Program, and his efforts to have Drew and/or Barbara included in the Program and/or receive a loan from the Program. |

Respectfully submitted,

**GRAY REED**

By: *[signature: Jay Aldis]*
Jay Aldis
Texas State Bar No. 00785656
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7175
Fax: (713) 986-7100
jaldis@grayreed.com

**ATTORNEYS FOR PLAINTIFF
JOHN DREW**

## CERTIFICATE OF SERVICE

I hereby certify that on the __28th__ day of December 2023, a copy of the foregoing document was served on counsel of record by the Court's electronic filing system.

*[signature: Jay Aldis]*
Jay Aldis

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| PETER BARBARA and JOHN DREW, | HOUSTON DIVISION |
| *versus* | CIVIL ACTION NO. 4:22-CV-003340 |
| MCGRIFF INSURANCE SERVICES, INC., | **PLAINTIFF'S WITNESS LIST** |
| LIST OF: PLAINTIFF<br>TYPE OF HEARING: TRIAL | COUNSEL: JAY ALDIS (GRAY REED) |
| JUDGE: ANDREW S. HANEN    CLERK: RHONDA HAWKINS | REPORTER: |

| No. | NAME OF WITNESS |
|---|---|
| 1. | John Drew<br><br>c/o Plaintiff's counsel<br><br>Anticipated to testify regarding his claims and allegations in this lawsuit. |
| 2. | Peter Barbara<br><br>c/o Plaintiff's counsel<br><br>Anticipated to testify regarding his knowledge of the Program, his work at McGriff, and explanations by McGriff of why he was excluded from the Program. |
| 3. | Tommy Ebner<br><br>(713) 449-1227<br><br>Anticipated to testify regarding Drew and Barbara's exclusion from the Program (including being told by Bruce Dunbar why he determined they would not be in the Program), and the efforts of Ebner and/or others to have Drew included in the Program and/or receive a loan from the Program. |
| 4. | Christina Bailey<br><br>Current McGriff employee; c/o Defense counsel<br><br>Anticipated to testify regarding McGriff's explanations for Drew and Barbara not being selected to participate in the Program, including in correspondence to the Equal Employment Opportunity Commission. |

1

4882-5399-9769.1

| 5. | Bruce Dunbar<br><br>3025 Cherokee Road<br>Birmingham, AL 35223<br>(205) 969-0913<br><br>Anticipated to testify regarding McGriff's implementation of the Program, why Drew and Barbara were excluded from the Program, and his communications with McGriff personnel about the exclusion of Drew and Barbara. |
|---|---|
| 6. | Doug Hodo<br><br>Current McGriff employee; c/o Defense counsel<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew and/or Barbara were not selected for the Program, and his efforts to have Drew and/or Barbara included in the Program and/or receive a loan from the Program. |

Respectfully submitted,

**GRAY REED**

By: *[signature: Jay Aldis]*
Jay Aldis
Texas State Bar No. 00785656
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7175
Fax: (713) 986-7100
jaldis@grayreed.com

**ATTORNEYS FOR PLAINTIFF
JOHN DREW**

## CERTIFICATE OF SERVICE

I hereby certify that on the __28th__ day of December 2023, a copy of the foregoing document was served on counsel of record by the Court's electronic filing system.

*[signature: Jay Aldis]*
Jay Aldis

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| PETER BARBARA and JOHN DREW, | | HOUSTON DIVISION |
| *versus* | | CIVIL ACTION NO. 4:22-CV-003340 |
| MCGRIFF INSURANCE SERVICES, INC., | | **PLAINTIFF'S WITNESS LIST** |
| LIST OF: PLAINTIFF<br>TYPE OF HEARING: TRIAL | | COUNSEL: JAY ALDIS (GRAY REED) |
| JUDGE:<br>ANDREW S. HANEN | CLERK:<br>RHONDA HAWKINS | REPORTER: |
| NO. | NAME OF WITNESS | |
| 1. | John Drew<br><br>c/o Plaintiff's counsel<br><br>Anticipated to testify regarding his claims and allegations in this lawsuit. | |
| 2. | Peter Barbara<br><br>c/o Plaintiff's counsel<br><br>Anticipated to testify regarding his knowledge of the Program, his work at McGriff, and explanations by McGriff of why he was excluded from the Program. | |
| 3. | Tommy Ebner<br><br>(713) 449-1227<br><br>Anticipated to testify regarding Drew and Barbara's exclusion from the Program (including being told by Bruce Dunbar why he determined they would not be in the Program), and the efforts of Ebner and/or others to have Drew included in the Program and/or receive a loan from the Program. | |
| 4. | Christina Bailey<br><br>Current McGriff employee; c/o Defense counsel<br><br>Anticipated to testify regarding McGriff's explanations for Drew and Barbara not being selected to participate in the Program, including in correspondence to the Equal Employment Opportunity Commission. | |

| 5. | Bruce Dunbar<br><br>3025 Cherokee Road<br>Birmingham, AL 35223<br>(205) 969-0913<br><br>Anticipated to testify regarding McGriff's implementation of the Program, why Drew and Barbara were excluded from the Program, and his communications with McGriff personnel about the exclusion of Drew and Barbara. |
|---|---|
| 6. | Doug Hodo<br><br>Current McGriff employee; c/o Defense counsel<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew and/or Barbara were not selected for the Program, and his efforts to have Drew and/or Barbara included in the Program and/or receive a loan from the Program. |

Respectfully submitted,

GRAY REED

By: /s/ Jay Aldis
Jay Aldis
Texas State Bar No. 00785656
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7175
Fax: (713) 986-7100
jaldis@grayreed.com

**ATTORNEYS FOR PLAINTIFF JOHN DREW**

## CERTIFICATE OF SERVICE

I hereby certify that on the  28th  day of December 2023, a copy of the foregoing document was served on counsel of record by the Court's electronic filing system.

/s/ Jay Aldis
Jay Aldis

3

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| PETER BARBARA and JOHN DREW, *versus* MCGRIFF INSURANCE SERVICES, INC., | HOUSTON DIVISION |
| | CIVIL ACTION NO. 4:22-CV-003340 |
| | **PLAINTIFF'S WITNESS LIST** |
| LIST OF: PLAINTIFF<br>TYPE OF HEARING: TRIAL | COUNSEL: JAY ALDIS (GRAY REED) |
| JUDGE: ANDREW S. HANEN    CLERK: RHONDA HAWKINS | REPORTER: |

| NO. | NAME OF WITNESS |
|---|---|
| 1. | John Drew<br>c/o Plaintiff's counsel<br>Anticipated to testify regarding his claims and allegations in this lawsuit. |
| 2. | Peter Barbara<br>c/o Plaintiff's counsel<br>Anticipated to testify regarding his knowledge of the Program, his work at McGriff, and explanations by McGriff of why he was excluded from the Program. |
| 3. | Tommy Ebner<br>(713) 449-1227<br>Anticipated to testify regarding Drew and Barbara's exclusion from the Program (including being told by Bruce Dunbar why he determined they would not be in the Program), and the efforts of Ebner and/or others to have Drew included in the Program and/or receive a loan from the Program. |
| 4. | Christina Bailey<br>Current McGriff employee; c/o Defense counsel<br>Anticipated to testify regarding McGriff's explanations for Drew and Barbara not being selected to participate in the Program, including in correspondence to the Equal Employment Opportunity Commission. |

1

4882-5399-9769.1

| | |
|---|---|
| 5. | Bruce Dunbar<br><br>3025 Cherokee Road<br>Birmingham, AL 35223<br>(205) 969-0913<br><br>Anticipated to testify regarding McGriff's implementation of the Program, why Drew and Barbara were excluded from the Program, and his communications with McGriff personnel about the exclusion of Drew and Barbara. |
| 6. | Doug Hodo<br><br>Current McGriff employee; c/o Defense counsel<br><br>Anticipated to testify regarding his knowledge of the Program, McGriff's criteria for selecting producers to receive discretionary forgivable loans under the Program, his knowledge of why Drew and/or Barbara were not selected for the Program, and his efforts to have Drew and/or Barbara included in the Program and/or receive a loan from the Program. |

4882-5399-9769.1

Respectfully submitted,

GRAY REED

By: *[signature: Jay Aldis]*
Jay Aldis
Texas State Bar No. 00785656
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7175
Fax: (713) 986-7100
jaldis@grayreed.com

**ATTORNEYS FOR PLAINTIFF
JOHN DREW**

## CERTIFICATE OF SERVICE

I hereby certify that on the  28th  day of December 2023, a copy of the foregoing document was served on counsel of record by the Court's electronic filing system.

*[signature]*
Jay Aldis

3